## A., T. & S. F. RY. CO. v. McFARLAND *et al.*

No. 1426.   Opinion Filed January 9, 1912.

(120 Pac. 559.)

**JUSTICES OF 'THE PEACE—Appeal—Jurisdiction.** Under the provisions of secs. 14 and 18 of article 7 of the Constitution, there was conferred upon the county court exclusive appellate jurisdiction of all appeals from judgments of justices of the peace.

(Syllabus by Ames, C.)

*Error from District Court, Kay County; W. M. Bowles, Judge.*

Action by C. McFarland, G. McFarland, and H. Stauffacher, partners doing business under the name of McFarland & Stauffacher Grain Company, plaintiffs below, defendants in error, against the Atchison, Topeka & Santa Fe Railway Company, defendant below, plaintiff in error, for damages for delay in the shipment of corn. Judgment for plaintiffs, and defendant brings error. Affirmed.

*Cottingham & Bledsoe* and *Charles H. Woods,* for plaintiff in error.

*H. S. Gurley,* for defendants in error.

Opinion by AMES, C. This case originated in 1909 in a justice court in Kay county, where the plaintiff secured judgment. The defendant, in September, 1909, appealed to the district court of Kay county, which, on motion of plaintiffs, dismissed the appeal for want of jurisdiction, and this ruling presents the only error which is assigned here.

Since the appeal in this case, it has been determined by the decisions of this court that such an appeal does not lie to the district court, but to the county court. *Holcomb v .Chicago, Rock Island & Pacific Railway Co.,* 27 Okla. 667, 112 Pac. 1023; *Burt v. Thompson,* 29 Okla. 6, 115 Pac. 1016; *Farmers' Mill & Elevator Co. v. Lewis,* 29 Okla. 245, 116 Pac. 764; *Graham Paper Co. v. Bartlesville Pub. Co.,* 27 Okla. 781, 117 Pac. 199.

The judgment of the district court should therefore be affirmed.

By the Court:   It is so ordered.

All the Justices concur.